# EXHIBIT C



**Christmas Tree Shops' Collection**

**"Dinner Is Served" Collection

**Christmas Tree Shops' Bowl**     **"Dinner is Served" Bowl**

 

## Close Up Comparison of Collections

**"Dinner is Served" Collection**     **Christmas Tree Shops' Collection**

